UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RE:  MICHAEL PATTON**         :    **BKY NO. 16-11836**

**DEBTOR**                      :        **CHAPTER 13**

**ORDER GRANTING COMPENSATION AND REIMBURSEMENT**

**AND NOW**, this _____ day of _____, 2016 upon consideration of the

Application for Compensation filed by Adelstein & Kaliner, LLC in this case, it is hereby

**ORDERED**, that Adelstein & Kaliner, LLC is permitted to receive the sum of

$ 4,620.00 as reasonable compensation for services rendered and $ 404 as

reimbursement of out- of-pocket expenses incurred in this case.

Dated: October 28, 2016                    _____
                                           Stephen Raslavich
                                           Bankruptcy Judge