United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-11836-sr
Michael J. Patton                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Antoinett   Page 1 of 1   Date Rcvd: Oct 28, 2016
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2016.
db            +Michael J. Patton,    716 Warrington Avenue,    Warrington, PA 18976-2210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2016 at the address(es) listed below:
        +FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JON M. ADELSTEIN    on behalf of Debtor Michael J. Patton jadelstein@adelsteinkaliner.com,
        jsbamford@adelsteinkaliner.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
        bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        MARTIN A. MOONEY    on behalf of Creditor    TD Bank N.A. successor in interest to Commerce Bank,
        N.A. tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                  TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: MICHAEL PATTON     :     BKY NO. 16-11836

      DEBTOR     :     CHAPTER 13

ORDER GRANTING COMPENSATION AND REIMBURSEMENT

AND NOW, this _____ day of _____, 2016 upon consideration of the Application for Compensation filed by Adelstein & Kaliner, LLC in this case, it is hereby

ORDERED, that Adelstein & Kaliner, LLC is permitted to receive the sum of $ 4,620.00 as reasonable compensation for services rendered and $ 404 as reimbursement of out- of-pocket expenses incurred in this case.

Dated: October 28, 2016

_____
Stephen Raslavich
Bankruptcy Judge