## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael J. Patton<br>　　　　　　　　Debtor<br><br>JPMorgan Chase Bank, National Association<br>　　　　　　　　Movant<br>　　vs.<br><br>Michael J. Patton<br>　　　　　　　　Debtor<br><br>Frederick L. Reigle Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 16-11836 JKF<br><br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of JPMorgan Chase Bank, National Association, which was filed with the Court on or about August 25, 2017 (Document No. 32).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Matteo S. Weiner, Esquire**
　　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　Attorneys for Movant

December 11, 2017