| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 16-11836-AMC**

MICHAEL J. PATTON  
716 Warrington Avenue  
Warrington  PA    18976

Petition Filed Date: 03/17/2016  
341 Hearing Date: 05/20/2016  
Confirmation Date: 09/28/2016

Case Status: Completed on 7/23/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2019 | $1,500.00 | 2040010111 | 03/11/2019 | $1,500.00 | 2040010191 | 03/27/2019 | $1,000.00 | 2040010237 |
| 05/01/2019 | $1,000.00 | 40010319 | 05/29/2019 | $1,000.00 | 40010383 | 07/08/2019 | $1,000.00 | 40010500 |
| 07/26/2019 | $1,000.00 | 40010556 | 09/04/2019 | $1,000.00 | 40010646 | 10/03/2019 | $1,000.00 | 2040010727 |
| 10/23/2019 | $1,000.00 | 2040010766 | 12/12/2019 | $1,000.00 | 40010870 | 12/27/2019 | $1,000.00 | 40010901 |
| 01/27/2020 | $1,000.00 | 40010970 | 02/19/2020 | $1,000.00 | 40011043 | 03/17/2020 | $1,000.00 | 2040011117 |
| 04/30/2020 | $1,000.00 | 40011160 | 06/02/2020 | $1,000.00 | 40011200 | 07/01/2020 | $1,000.00 | 40011246 |
| 07/23/2020 | $1,000.00 | 200040011304 | | | | | | |

**Total Receipts for the Period: $20,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $52,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ACURA FINANCIAL SERVICES<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | ACURA FINANCIAL SERVICES<br>»» 01U | Unsecured Creditors | $2,587.88 | $2,587.88 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $2,663.24 | $2,663.24 | $0.00 |
| 10 | BILL ME LATER AS SERVICER for  SYNCHRONY BANK<br>»» 010 | Unsecured Creditors | $4,389.72 | $4,389.72 | $0.00 |
| 8 | BANK OF AMERICA NA<br>»» 008 | Unsecured Creditors | $10,798.82 | $10,798.82 | $0.00 |
| 9 | BANK OF AMERICA NA<br>»» 009 | Unsecured Creditors | $4,570.48 | $4,570.48 | $0.00 |
| 16 | JP MORGAN CHASE BANK NA<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC as agent for<br>»» 007 | Unsecured Creditors | $3,244.65 | $3,244.65 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 003 | Unsecured Creditors | $1,206.70 | $1,206.70 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $3,572.48 | $3,572.48 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $6,727.61 | $6,727.61 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $2,176.11 | $2,176.11 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,000.00 | $1,000.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $225.74 | $225.74 | $0.00 |
| 6 | QUANTUM3 GROUP LLC as agent for<br>»» 006 | Unsecured Creditors | $35.04 | $35.04 | $0.00 |
| 14 | TD BANK NA<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | ADELSTEIN & KALINER LLC<br>»» 015 | Attorney Fees | $2,714.00 | $2,714.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $52,000.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $45,912.47 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,558.00 | Total Plan Base: | $60,000.00 |
| Funds on Hand: | $1,529.53 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.