United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11836-amc |
| Michael J. Patton | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Antoinett | Page 1 of 3 |
| Date Rcvd: Oct 15, 2020 | Form ID: 138NEW | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Patton, 716 Warrington Avenue, Warrington, PA 18976-2210 |
| 13816983 | #+ | Adelstein & Kaliner, LLC, 350 S. Main Street, Penn's Court, Suite 105, Doylestown, PA 18901-4872 |
| 13692711 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, PO BOX 15019, Wilmington, DE 19886-5019 |
| 13767712 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13692714 | | Chase Mortgage, P. O. Box 53150, Phoenix, AZ 85072-3150 |
| 14409290 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13692719 | + | Sears Credit Cards, PO Box 9001056, Louisville, KY 40290-1056 |
| 13778287 | + | TD Bank NA successor in interest to, Commerce Bank, N.A., c/o Schiller Knapp Lefkowitz & Hertzel L, 70 Gray Road, Falmouth, ME 04105-2019 |
| 13692723 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US BANK, Pennsylvania Refinance-Indirect, PO Box 790179, Saint Louis, MO 63179-0179 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 16 2020 03:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 16 2020 03:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 16 2020 03:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bncmail@w-legal.com | Oct 16 2020 03:56:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Oct 16 2020 03:39:54 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13704430 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 16 2020 03:56:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 13692712 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 16 2020 03:39:55 | Capital One Bank (USA), P. O. Box 71083, Charlotte, NC 28272-1083 |
| 13724201 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 16 2020 03:38:39 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13774129 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 16 2020 03:56:00 | Comenity Capital Bank, C O WEINSTEIN & |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13692715 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 16 2020 03:56:00 | Comenity-The Sportsman's Guide Visa, PO Box 659569, San Antonio, TX 78265-9569 |
| 13692713 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 16 2020 03:39:54 | CHASE, Cardmember Services, PO BOX 15153, Wilmington, DE 19886-5153 |
| 13692716 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 16 2020 03:38:38 | Disney, Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 13899878 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 16 2020 03:39:54 | JPMorgan Chase Bank, National Association, Chase Records Center, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 13731516 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 16 2020 03:56:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 13777917 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 16 2020 03:38:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13692717 | | Email/PDF: gecsedi@recoverycorp.com | Oct 16 2020 03:37:20 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 13692718 | | Email/PDF: gecsedi@recoverycorp.com | Oct 16 2020 03:37:20 | Paypal Credit SVCS/SYNCB, P. O. Box 960080, Orlando, FL 32896-0080 |
| 13740029 | | Email/Text: bnc-quantum@quantum3group.com | Oct 16 2020 03:56:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13743033 | | Email/Text: bnc-quantum@quantum3group.com | Oct 16 2020 03:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13697743 | | Email/PDF: rmscedi@recoverycorp.com | Oct 16 2020 03:40:51 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14278352 | + | Email/Text: bncmail@w-legal.com | Oct 16 2020 03:56:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13692720 | | Email/PDF: gecsedi@recoverycorp.com | Oct 16 2020 03:37:20 | Synchrony Bank/Amazon, PO Box 965013, Orlando, FL 32896-0013 |
| 13709303 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 16 2020 03:39:54 | Synchrony Bank/CareCredit, P. O. Box 960061, Orlando FL 32896-0061 |
| 13692721 | | Email/Text: bankruptcy@td.com | Oct 16 2020 03:56:00 | TD BANK, 1701 RT 70 EAST, Cherry Hill, NJ 08034 |
| 13692722 | | Email/Text: bankruptcy@td.com | Oct 16 2020 03:56:00 | TD BANK, P. O. BOX 84037, Columbus, GA 31908-4037 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13778747 | | TD Bank, N.A. successor in interest to Commerce Ba |
| 13692710 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Acura Financial Services, PO Box 65507, Wilmington, DE 19808-0507 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 16-11836-amc    Doc 50    Filed 10/17/20    Entered 10/18/20 01:51:06    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: Antoinett | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 15, 2020 | Form ID: 138NEW | Total Noticed: 34 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2020                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:

**Name**              **Email Address**

JON M. ADELSTEIN
   on behalf of Debtor Michael J. Patton jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com

JOSHUA I. GOLDMAN
   on behalf of Creditor JPMorgan Chase Bank  National Association Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com

KEVIN S. FRANKEL
   on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com

MARTIN A. MOONEY
   on behalf of Creditor TD Bank N.A. successor in interest to Commerce Bank  N.A. lgadomski@schillerknapp.com, kcollins@schillerknapp.com

MATTEO SAMUEL WEINER
   on behalf of Creditor JPMorgan Chase Bank  National Association bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
   on behalf of Creditor JPMorgan Chase Bank  National Association bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

THOMAS I. PULEO
   on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Michael J. Patton
      Debtor(s)

Bankruptcy No: 16−11836−amc
Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                      For The Court
                      Timothy B. McGrath
                      Clerk of Court

Dated: 10/15/20

                      49 − 48
                      Form 138_new